IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MEGAN MCGUIRE | ) | |
| | ) | CASE NO.  8:16 CV 00004 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CORY COOPER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS TIMOTHY F. DUNNING'S AND THE COUNTY OF DOUGLAS, NEBRASKA'S INDEX OF EVIDENCE IN OPPOSITION TO MOTION TO COMPEL

Defendants Timothy F. Dunning and the County of Douglas, Nebraska, through the undersigned counsel and pursuant to Neb. Civ. R. 7.1(b)(2)(A), list the following evidence in support of their motions for summary judgment:

1. Affidavit of Tim Dolan with attachments:
   a. Defendant Timothy F. Dunning's First Set of Requests for Admission to Plaintiff Megan McGuire (along with Exhibit "A" thereto) and Ms. McGuire's responses to Defendant Timothy F. Dunning's First Set of Requests for Admission to Plaintiff Megan McGuire along with Exhibit "A" thereto.
   b. Ms. McGuire's answers to Defendant Timothy F. Dunning's Second Set of Interrogatories to Plaintiff Megan McGuire.
   c. Defendant Timothy F. Dunning's First Set of Requests for Admission to Defendant Cory Cooper (along with referenced Exhibits) and Defendant Cory Cooper's combined responses to Timothy Dunning's first set of interrogatories, requests for admission, and requests for production of documents.
2. Affidavit of Meghan Bothe with attachment:
   a. Table of Douglas County Sheriff's Office Internal Investigations complaints from 2005 through shortly before the date of its production on or about August 26, 2016.

DATED this 16th day of November 2016.

1

TIMOTHY F. DUNNING, Individually and in his official capacity as Sheriff of Douglas County, Nebraska, and COUNTY OF DOUGLAS, NEBRASKA, Defendants.

DONALD W. KLEINE,
Douglas County Attorney

BY:   /s/ Timothy K. Dolan
Timothy K. Dolan #20978
Meghan M. Bothe #25208
William E. Rooney III, #24281
Deputy County Attorneys
909 Civic Center
Omaha, NE 68183
T: (402) 444-7622
F: (402) 444-6817
tim.dolan@douglascounty-ne.gov
meghan.bothe@douglascounty-ne.gov
william.rooney@douglascounty-ne.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16th, 2016, I electronically filed the foregoing Defendants Timothy F. Dunning's and the County of Douglas, Nebraska's Index of Evidence in Opposition to Motion to Compel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Arthur Loevy
Cindy Tsai
Jon Loevy
Mark Loevy-Reyes
LOEVY, LOEVY LAW FIRM
312 North May Street, Suite 100
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
arthur@loevy.com
cindy@loevy.com
jon@loevy.com
mark@loevy.com

I hereby further certify that on November 16th, 2016, I mailed a copy of the foregoing Defendants Timothy F. Dunning's and the County of Douglas, Nebraska's Index of Evidence in Opposition to Motion to Compel by First Class United States Mail, postage prepaid, to the following:

2

Mr. Cory Cooper
10212 V Street
Omaha, NE 68127
c.cooper.417@gmail.com


/s/ Timothy K. Dolan