IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGAN MCGUIRE | ) |
| | ) CASE NO. 8:16 CV 00004 |
| Plaintiff, | ) |
| | ) **DEFENDANTS COUNTY OF** |
| vs. | ) **DOUGLAS, NEBRASKA'S AND** |
| | ) **TIMOTHY F. DUNNING'S** |
| CORY COOPER, et al. | ) **INDEX OF EVIDENCE IN** |
| | ) **OPPOSITION TO PLAINTIFF'S** |
| Defendants. | ) **MOTION TO ISSUE** |
| | ) **A SUBPOENA DUCES TECUM** |

Defendants Timothy F. Dunning and the County of Douglas, Nebraska, through the undersigned counsel and pursuant to NECivR 7.1(b)(2)(A), list the following evidence in support of their opposition to Ms. McGuire's Motion for Issuance of Subpoena Duces Tecum to the Douglas County Defendants' Retained Expert Witness:

1. Affidavit of Meghan Bothe with attachments:

    a. Mr. Ryan's Curriculum Vitae;

    b. The Consultation Fee Schedule and Expense Policy of Mr. Ryan for this case, dated April 12, 2017; and

    c. Emails dated July 17, 2017.

2. Declaration of Mr. John Ryan.

DATED this 2nd day of August, 2017.

                              TIMOTHY F. DUNNING, Individually and in his official capacity as Sheriff of Douglas County, Nebraska, and COUNTY OF DOUGLAS, NEBRASKA, Defendants.

                              DONALD W. KLEINE,
Douglas County Attorney

                BY:   /s/ Timothy K. Dolan

1

        Timothy K. Dolan #20978
        Meghan M. Bothe #25208
        William E. Rooney III, #24281
        Deputy County Attorneys
        909 Civic Center
        Omaha, NE 68183
        T: (402) 444-7622
        F: (402) 444-6817
        tim.dolan@douglascounty-ne.gov
        meghan.bothe@douglascounty-ne.gov
        william.rooney@douglascounty-ne.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2017, I electronically filed the foregoing Defendants County of Douglas, Nebraska's and Timothy F. Dunning's Index of Evidence in Opposition to Plaintiff's Motion to Issue a Subpoena Duces Tecum with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Arthur Loevy
    Cindy Tsai
    Jon Loevy
    Mark Loevy-Reyes
    LOEVY, LOEVY LAW FIRM
    312 North May Street, Suite 100
    Chicago, IL 60607
    T: (312) 243-5900
    F: (312) 243-5902
    arthur@loevy.com
    cindy@loevy.com
    jon@loevy.com
    mark@loevy.com

I hereby further certify that on August 2, 2017, I mailed a copy of the foregoing Defendants County of Douglas, Nebraska's and Timothy F. Dunning's Index of Evidence in Opposition to Plaintiff's Motion to Issue a Subpoena Duces Tecum by First Class United States Mail, postage prepaid, to the following:

    Mr. Cory Cooper
    10212 V Street
    Omaha, NE 68127
    c.cooper.417@gmail.com

        /s/ Timothy K. Dolan