IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGAN MCGUIRE, ) | |
| ) | CASE NO. 8:16 CV 00004 |
| Plaintiff, ) | |
| ) | **DEFENDANT TIMOTHY F.** |
| vs. ) | **DUNNING'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |
| CORY COOPER, et al. ) | |
| ) | |
| Defendants. ) | |

Defendant Timothy F. Dunning ("Dunning"), pursuant to Fed. R. Civ. P. 56 and NE Civ. R. 7.1 and 56.1, hereby moves for summary judgment as to all claims against him for the reason that the pleadings and evidence admissible in this matter reveal no genuine dispute over the fact that there are several reasons, including qualified immunity, Dunning is not liable to Plaintiff Megan McGuire ("Ms. McGuire") under 42 U.S.C. § 1983 in relation to all claims against him. In support of this motion, Dunning relies upon, among other filings, the Joint Index of Evidence in Support of Defendants Timothy F. Dunning's and Douglas County's Motions for Summary Judgment, submitted contemporaneously herewith.

Dunning respectfully requests that this Court grant summary judgment in his favor and dismiss Ms. McGuire's claims against him in their entirety.

DATED this 2nd day of April, 2018.

                TIMOTHY F. DUNNING, Defendant.

                DONALD W. KLEINE,
                Douglas County Attorney.

     BY:   /s/ Timothy K. Dolan
             Timothy K. Dolan #20978
             Meghan M. Bothe #25208
             William E. Rooney III, #24281
             Deputy County Attorneys

>909 Civic Center
>Omaha, NE  68183
>T: (402) 444-7622
>F: (402) 444-6817
>tim.dolan@douglascounty-ne.gov
>meghan.bothe@douglascounty-ne.gov
>william.rooney@douglascounty-ne.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, I electronically filed the foregoing Defendant Timothy F. Dunning's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Arthur Loevy
>Cindy Tsai
>Jon Loevy
>Mark Loevy-Reyes
>LOEVY, LOEVY LAW FIRM
>312 North May Street, Suite 100
>Chicago, IL 60607
>arthur@loevy.com
>cindy@loevy.com
>jon@loevy.com
>mark@loevy.com

I hereby further certify that on April 2, 2018, I mailed a copy of the foregoing Defendant Timothy F. Dunning's Motion for Summary Judgment by First Class United States Mail, postage prepaid, to the following:

>Mr. Cory Cooper
>10212 V Street
>Omaha, NE 68127
>c.cooper.417@gmail.com

>/s/ Timothy K. Dolan

2