# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGAN MCGUIRE, ) | |
| ) | Case No. 8:16-cv-00004 |
| Plaintiff, ) | |
| ) | |
| v. ) | Senior Judge Joseph Bataillon |
| ) | |
| CORY COOPER, TIMOTHY DUNNING, ) | Magistrate Judge Susan M. Bazis |
| Individually and in his official capacity as ) | |
| Sheriff of Douglas County, Nebraska, and ) | |
| DOUGLAS COUNTY, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS TIMOTHY F. DUNNING'S AND DOUGLAS COUNTY'S MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Megan McGuire, through her undersigned counsel and pursuant to Neb. Civ. R. 7.1(b)(2), hereby lists the following evidence in support of her response to Defendants Timothy F. Dunning's and Douglas County's Motions for Summary Judgment:

| | |
|---|---|
| Exhibit 1 | Transcript of Deposition of Cory Cooper, plus Exhibits 7, 52, 97 and 98 to the Deposition (Filed as Restricted) |
| Exhibit 2 | Transcript of Deposition of Robert Jones, plus Exhibits 84 and 89 to the Deposition (Filed as Restricted) |
| Exhibit 3 | Transcript of Deposition of Matthew Martin, plus Exhibits 2, 4 and 19 to the Deposition (Filed as Restricted) |
| Exhibit 4 | Transcript of Rule 30(b)(6) Deposition of David Galvan |
| Exhibit 5 | Transcript of 2/5/15 Deposition of David Galvan |
| Exhibit 6 | McGuire DMV Information at DCSO 545 (Filed as Restricted) |

| | |
|---|---|
| Exhibit 7 | Transcript of Deposition of Megan McGuire (Filed as Restricted) |
| Exhibit 8 | Transcript of 11/20/13 Deposition of Megan McGuire (Filed as Restricted) |
| Exhibit 9 | Transcript of Deposition of Kyle Worland (Filed as Restricted) |
| Exhibit 10 | Transcript of Deposition of Timothy Dunning, plus Exhibits 111 and 112 to the Deposition |
| Exhibit 11 | Transcript of Deposition of Molly Keane, plus Exhibits 74, 75, and 76 to the Deposition (Filed as Restricted) |
| Exhibit 12 | Douglas County District Court order at DCSO 292-293 |
| Exhibit 13 | Transcript of Deposition of Thomas Tremblay |
| Exhibit 14 | Tremblay Report |
| Exhibit 15 | Tremblay Curriculum Vitae |
| Exhibit 16 | Tremblay Rebuttal Report |
| Exhibit 17 | IACP Guide |
| Exhibit 18 | Cooper OPS Statement (Filed as Restricted) |
| Exhibit 19 | OPS Investigative Report (Filed as Restricted) |
| Exhibit 20 | Transcript of 10/25/13 Deposition of Matthew Martin (Filed as Restricted) |
| Exhibit 21 | Declaration of Mark Loevy-Reyes |
| Exhibit 22 | DCSO OPS Invest. at DCSO 440 (Filed as Restricted) |
| Exhibit 23 | DCSO OPS Invest. at DCSO 458 (Filed as Restricted) |
| Exhibit 24 | DCSO OPS Invest. at DCSO 461 (Filed as Restricted) |
| Exhibit 25 | DCSO OPS Invest. at DCSO 481 (Filed as Restricted) |

| | |
|---|---|
| Exhibit 26 | Dolan Letter dated July 17, 2017 |
| Exhibit 27 | Ryan Report |
| Exhibit 28 | Defendants' Supplemental Response to Plaintiff's Requests for Production (served on March 9, 2017) |
| Exhibit 29 | F.W. Personnel File (Filed as Restricted) |
| Exhibit 30 | IA No. 1086 (Filed as Restricted) |
| Exhibit 31 | Exhibit 45 to Matthew Martin Deposition (IA No. 1594) (Filed as Restricted) |
| Exhibit 32 | Exhibit 46 to Matthew Martin Deposition (IA No. 1704) (Filed as Restricted) |
| Exhibit 33 | Exhibit 44 to Matthew Martin Deposition (IA No. 1771) (Filed as Restricted) |
| Exhibit 34 | Exhibit 43 to Matthew Martin Deposition (IA No. 1941) (Filed as Restricted) |
| Exhibit 35 | Exhibit 42 to Matthew Martin Deposition (IA No. 1965) (Filed as Restricted) |
| Exhibit 36 | Exhibit 41 to Matthew Martin Deposition (IA No. 1984) (Filed as Restricted) |
| Exhibit 37 | DCSO Interview (Filed as Restricted) |
| Exhibit 38 | Exhibit 40 to Matthew Martin Deposition (IA No. 2325) (Filed as Restricted) |
| Exhibit 39 | Exhibit 39 to Matthew Martin Deposition (IA No. 2462) (Filed as Restricted) |
| Exhibit 40 | Exhibit 47 to Matthew Martin Deposition (Filed as Restricted) |
| Exhibit 41 | Transcript of 9/13/13 Deposition of Kristine Love |
| Exhibit 42 | Transcript of 9/13/13 Deposition of Lance Worley |

| | |
|---|---|
| Exhibit 43 | OPD Report at DCSO 390 (Filed as Restricted) |
| Exhibit 44 | Exhibit 5 to Matthew Martin Deposition |
| Exhibit 45 | Transcript of Deposition of John J. Ryan |
| Exhibit 46 | Transcript of Deposition of A.H. (Filed as Restricted) |
| Exhibit 47 | Field Interview Card at DCSO 516 (Filed as Restricted) |
| Exhibit 48 | Transcript of Deposition of Jennifer Birkhofer (Filed as Restricted) |
| Exhibit 49 | Transcript of 30(b)(6) Deposition of Gregory Sampson |
| Exhibit 50 | Jones I.A. Report at DCSO 384-386 (Filed as Restricted) |
| Exhibit 51 | Transcript of Deposition of E.P. (Filed as Restricted) |
| Exhibit 52 | Transcript of 10/25/13 Deposition of Robert Jones (Filed as Restricted) |
| Exhibit 53 | Exhibit 12 to Deposition of Matthew Martin |
| Exhibit 54 | 911 Report at DCSO 382 (Filed as Restricted) |
| Exhibit 55 | Birkhofer Report at DCSO 387 (Filed as Restricted) |
| Exhibit 56 | Transcript of Deposition of Lance Worley, plus Exhibits 92 and 94 to the Deposition |
| Exhibit 57 | Transcript of Rule 30(b)(6) Deposition of Matthew Martin |
| Exhibit 58 | Deputy Cooper's Response to Plaintiff's Interrogatories |
| Exhibit 59 | Exhibit 1 to Matthew Martin Deposition |
| Exhibit 60 | Exhibit 20 to Deposition of Matthew Martin |
| Exhibit 61 | Transcript of 2/15/17 Deposition of Timothy Dunning, plus Exhibit 115 to the Deposition |
| Exhibit 62 | Exhibit 31 to Matthew Martin Deposition |

| | |
|---|---|
| Exhibit 63 | I.A. 2840 (Filed as Restricted) |
| Exhibit 64 | Exhibit 37 to Matthew Martin Deposition (I.A. 2980) (Filed as Restricted) |
| Exhibit 65 | Exhibit 35 to Matthew Martin Deposition (I.A. 3051) (Filed as Restricted) |
| Exhibit 66 | Exhibit 36 to Matthew Martin Deposition (I.A. 3030) (Filed as Restricted) |
| Exhibit 67 | 2008 OPS Annual Report |
| Exhibit 68 | 2009 OPS Annual Report |
| Exhibit 69 | 2010 OPS Annual Report |
| Exhibit 70 | 2011 OPS Annual Report |
| Exhibit 71 | 2012 OPS Annual Report |
| Exhibit 72 | 2013 OPS Annual Report |
| Exhibit 73 | Exhibit 116 to Rule 30(b)(6) Deposition of Matthew Martin |
| Exhibit 74 | Martin taped interview of Robert Jones at DCSO 651-661 (Filed as Restricted) |
| Exhibit 75 | Exhibit 10 to Deposition of John J. Ryan |
| Exhibit 76 | Exhibit 11 to Deposition of John J. Ryan |
| Exhibit 77 | Exhibit 12 to Deposition of John J. Ryan |
| Exhibit 78 | Exhibit 13 to Deposition of John J. Ryan |
| Exhibit 79 | Exhibit 17 to Deposition of John J. Ryan |
| Exhibit 80 | Nealy v. Nelson Transcript |

RESPECTFULLY SUBMITTED,

/s/ Mark Loevy-Reyes

*Attorneys for Plaintiff Megan McGuire*

Arthur Loevy
Jon Loevy
Cindy Tsai
Mark Loevy-Reyes
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that on April 23, 2018, I electronically filed the foregoing Index in Support of Plaintiff's Response to Defendant Timothy F. Dunning's and Douglas County's Motions for Summary Judgment using the CM/ECF system, which will send notification of such filing to all parties except for Cory Cooper, and I hereby certify that I have mailed a flash drive containing the Index and all of the exhibits listed on the Index via United States First Class Mail, postage prepaid, to the following:

Cory Cooper
10212 V Street
Omaha, Nebraska 68127

I hereby further certify that on April 23, 2018, I mailed a DVD containing Plaintiff's Exhibit 37 - "DCSO Interview" - via United States First Class Mail, postage prepaid, to the following:

Timothy K. Dolan
Meghan M. Bothe
William E. Rooney III
Deputy County Attorneys
909 Civic Center
Omaha, NE 68183

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*