IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGAN MCGUIRE ) | |
| ) | CASE NO. 8:16 CV 00004 |
| Plaintiff, ) | |
| ) | **DEFENDANTS' TIMOTHY F.** |
| vs. ) | **DUNNING'S AND DOUGLAS** |
| ) | **COUNTY, NEBRASKA'S** |
| CORY COOPER, et al. ) | **WITNESS LIST** |
| ) | |
| Defendants. ) | |
| ) | |

Defendants Timothy F. Dunning and Douglas County, Nebraska (collectively, the "County Defendants") provide notice of their intention to call the following persons as witnesses during the trial of Plaintiff Megan McGuire's action:

1. Lieutenant Robert Jones
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

2. Sheriff Timothy Dunning
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

3. Lieutenant Matthew Martin
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

4. Sergeant Gregory Sampson
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

1

5. John J. Ryan ("Jack Ryan")
   Contact information provided in his report on June 23, 2017.

6. Defendant Cory Cooper
   Contact: 10212 V Street
   Omaha, Nebraska 68127

7. Chief Deputy Thomas Wheeler II
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

8. Deputy Jim Maguire
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

9. Plaintiff Megan McGuire
   Contact c/o: Arthur Loevy, Cindy Tsai, Jon Loevy, Mark Loevy-Reyes
   LOEVY, LOEVY LAW FIRM
   312 North May Street, Suite 100
   Chicago, IL 60607

The County Defendants provide further notice that they may call the following persons as witnesses during the trial of Plaintiff Megan McGuire's action:

1. Marty Bilek, Chief of Staff, Omaha Mayor's Office
   Contact: Omaha Mayor's Office
   1819 Farnam St., Suite 300
   Omaha, NE 68183

2. Sergeant Jennifer Birkhofer
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

3. Deputy Gerald Madsen
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street

          Omaha, NE 68116

4. Lieutenant Richard Lally
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

5. Deputy Russell Swanson
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

6. Deputy Nathan Kovarik
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

7. Deputy William Woodward
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

8. Rob Sofie, CALEA/Policy Coordinator
   Contact: Douglas County Sheriff's Office[1]
   3601 North 156th Street
   Omaha, NE 68116

9. David Galvan, Technical Support Manager
   Contact: Douglas County Sheriff's Office
   3601 North 156th Street
   Omaha, NE 68116

10. Deputy Michael Dechellis
    Contact: Douglas County Sheriff's Office
    3601 North 156th Street
    Omaha, NE 68116

---

[1] Please note that Rob Sofie moved in 2017, but he may still be contacted through counsel for the County Defendants.

11. Sergeant Greg Kelly
    Contact:    Douglas County Sheriff's Office
                3601 North 156th Street
                Omaha, NE  68116
                █████████████

12. Deputy Dan Conway
    Contact:    Douglas County Sheriff's Office
                3601 North 156th Street
                Omaha, NE  68116
                █████████████

13. Deputy Jared Langemeier
    Contact:    Douglas County Sheriff's Office
                3601 North 156th Street
                Omaha, NE  68116
                █████████████

14. Deputy Chris Ivener
    Contact:    Douglas County Sheriff's Office
                3601 North 156th Street
                Omaha, NE  68116
                █████████████

15. Deputy Eric Olson
    Contact:    Douglas County Sheriff's Office
                3601 North 156th Street
                Omaha, NE  68116
                █████████████

16. Sergeant Jon Kramer
    Contact:    Douglas County Sheriff's Office
                3601 North 156th Street
                Omaha, NE  68116
                █████████████

17. Deputy Brian Parizek
    Contact:    Douglas County Sheriff's Office
                3601 North 156th Street
                Omaha, NE  68116
                █████████████

18. Deputy Todd Cruise
    Contact:    Douglas County Sheriff's Office
                3601 North 156th Street

          Omaha, NE  68116

19. Deputy Theresa Ogorzaly
    Contact: Douglas County Sheriff's Office
    3601 North 156th Street
    Omaha, NE  68116

20. Sergeant Dale Rathe
    Contact: Douglas County Sheriff's Office
    3601 North 156th Street
    Omaha, NE  68116

21. Lieutenant Shawn Millikan
    Contact: Douglas County Sheriff's Office
    3601 North 156th Street
    Omaha, NE  68116

22. Deputy Andrew Woodward
    Contact: Douglas County Sheriff's Office
    3601 North 156th Street
    Omaha, NE  68116

23. Deputy Andrew Kubik
    Contact: Douglas County Sheriff's Office
    3601 North 156th Street
    Omaha, NE  68116

24. Deputy Robert Rodgers
    Contact: Douglas County Sheriff's Office
    3601 North 156th Street
    Omaha, NE  68116

25. Donald Kleine, Douglas County Attorney
    Contact: Douglas County Attorney's Office
    100 Hall of Justice
    1701 Farnam St.
    Omaha, NE  68183

26. Molly Keane, Deputy County Attorney
    Contact: Douglas County Attorney's Office
    100 Hall of Justice
    1701 Farnam St.
    Omaha, NE 68183

27. Daniel Esch, Douglas County Clerk/Comptroller
    Contact: Douglas County Clerk/Comptroller's Office
    1819 Farnam Street, Room H-08
    Omaha, NE 68183

28. Sergeant Lance Worley
    Contact: Omaha Police Department
    505 South 15th Street
    Omaha, NE 68102

29. Detective Kristine Love
    Contact: Omaha Police Department
    505 South 15th Street
    Omaha, NE 68102

30. Detective Robert Butler
    Contact: Omaha Police Department
    505 South 15th Street
    Omaha, NE 68102

31. Sarah Meyer, Crime Lab Technician
    Contact: Omaha Police Department
    505 South 15th Street
    Omaha, NE 68102

32. Lieutenant Patrick Rowland
    Contact: Omaha Police Department
    505 South 15th Street
    Omaha, NE 68102

33. Lieutenant Trevor O'Brien
    Contact: Omaha Police Department
    505 South 15th Street

                    Omaha, NE  68102

34.    Captain Russ Horine
        Contact:    Omaha Police Department
                      505 South 15th Street
                      Omaha, NE  68102

The individuals listed above were either disclosed as witnesses by the County Defendants or other parties or were identified during various stages of discovery. The County Defendants provide additional notice that they may call any witness endorsed by any other party to this action.

DATED this 9th day of July, 2018.

                    TIMOTHY F. DUNNING, Individually and in his official capacity as Sheriff of Douglas County, Nebraska, and COUNTY OF DOUGLAS, NEBRASKA, Defendants.

                    DONALD W. KLEINE,
                    Douglas County Attorney.

BY:    /s/ Timothy K. Dolan
        Timothy K. Dolan #20978
        Meghan M. Bothe #25208
        William Rooney III #24281
        Deputy County Attorneys
        909 Civic Center
        Omaha, NE  68183
        T: (402) 444-7622
        F: (402) 444-6817
        tim.dolan@douglascounty-ne.gov
        meghan.bothe@douglascounty-ne.gov
        william.rooney@douglascounty-ne.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, I electronically filed the foregoing Defendants County of Douglas, Nebraska's and Timothy Dunning's Witness List with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Arthur Loevy
    Cindy Tsai
    Jon Loevy
    Mark Loevy-Reyes
    LOEVY, LOEVY LAW FIRM
    312 North May Street, Suite 100
    Chicago, IL 60607
    T: (312) 243-5900
    F: (312) 243-5902
    arthur@loevy.com
    cindy@loevy.com
    jon@loevy.com
    mark@loevy.com

I hereby further certify that on July 9, 2018, I mailed a copy of the foregoing Defendants County of Douglas, Nebraska's and Timothy Dunning's Witness List by First Class United States Mail, postage prepaid, to the following:

    Mr. Cory Cooper
    10212 V Street
    Omaha, NE 68127.

                                                /s/ Timothy K. Dolan