UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGAN McGUIRE, ) | |
| ) | Case No. 8:16-cv-00004 |
| Plaintiff, ) | |
| ) | |
| v. ) | Senior Judge Joseph Bataillon |
| ) | |
| CORY COOPER, TIMOTHY DUNNING, ) | Magistrate Judge Susan M. Bazis |
| Individually and in his official capacity as ) | |
| Sheriff of Douglas County, Nebraska, and ) | |
| DOUGLAS COUNTY, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## PLAINIFF'S TRIAL WITNESS LIST

Plaintiff, by and through her counsel, Loevy & Loevy, under Federal Rule of Civil Procedure 26 and the Court's scheduling order (Doc. 117) submits the following trial witness list:

### Witnesses that Plaintiff Will Call at Trial

**Megan McGuire**
c/o Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607
312-243-5900

**Cory Cooper**
[redacted]

Timothy Dunning
Matthew Martin
Douglas County Sheriff's Office
3601 North 156th Street
Omaha, NE 68116
402-444-664

Tom Tremblay


Witnesses that Plaintiff May Call at Trial

David Galvan
Thomas Wheeler II
Jennifer Birkhofer
Rob Sofie
Michael Dechellis
Robert Jones
Gregory Sampson
Robert Rogers
Douglas County Sheriff's Office
3601 North 156th Street
Omaha, NE 68116
402-444-6641

Autumn Hudnall

Molly Keane
Douglas County Attorney's Office
1701 Farnam Street
Hall of Justice, Suite # 100
Omaha, NE 68183
(402) 444-7040

Michael McGuire


Emily Palmer


Kristine Love
Lance Worley
Omaha Police Department
505 S 15th Street
Omaha, NE 68102
 (402) 444-5600

Prince Spellman
Address unknown

Christopher Estelle
Address unknown

Heather Dobbert
Address unknown

Barbara Markey
Address unknown

Jane Burke


Lynette Marin

-3-

Ron Walden

Kristen Fuller

Pat Beret

Jacquelyn Hanson

Josh Herold
Hy-Vee Loss Prevention

Doug Schlautman
ESO

Jessica Smith

C. Catherine Dion

Phil Dugger

Michelle Cherry

Taylor Boushlaugh



Trevor Spudich

Renee Larson
Daniel Larson

James Boesen

Mary Anderson

Venetus McGhee

Eric Krigbaum

Ashley Dahlheim

Ian Starkel

Ian Key

Martin White

Darius Crane

Tim Siemek

Linda Vlcek

Cora McKamy

Brenda Wheeler
Megan McLurie



Mary Mollner
Sarah Watson
██████████

Jane Burke
Douglas County Lodge #2
Fraternal Order of Police
3801 N. 156th Street
Omaha, NE 68116

Kevin Chick
Brittany (LNU)
Angie Craft
Gloria (LNU) (student)
Millard Public Schools
5606 South 147th Street
Omaha, NE 68137
(402) 715-8200

McKenna Doyle
Jen Doyle
Ryan Doyle
██████████

Mike Bishoff
Tim "Thumbs" Holstein
Dillon Brothers Harley-Davidson Omaha
3838 N HWS Cleveland Blvd.
Omaha, NE 68116
(402) 289-5556

Alan Welch
J. Weis
Witcomb
Douglas County Corrections
710 S 17th Street
Omaha, NE 68102
(402) 444-7400

Cassandra Bart
██████████

Joan Guerreo
██████████

Eta Carlisle
██████████

Leslie Douglas
██████████

Douglas County Court
1701 Farnam Street
Omaha, NE 68102
(402) 444-5386

Karen Saxton
██████████

Cynthia Nelson
██████████

Deb Dinsmoor
██████████

Bryan Scofield
██████████

Joseph Sudyka
██████████

University of Nebraska Medical Center
S 42nd St & Emile St
Omaha, NE 68198
(402) 559-4000

Diane Carlson
County Attorney's Office
1701 Farnam Street, #100
Omaha, NE 68102
(402) 444-7076

Record-keepers from the following treatment providers:

Alegent Creighton Health Mental Health (Immanuel Health Center)
901 N 72nd Street
Omaha, NE 68122

**Lasting Hope**
415 S 25th Avenue
Omaha, NE 68131

**Campus for Hope**
1490 North 16th Street
Omaha, NE 68102, 68110

**Inroads to Recovery**
2808 N 75th Street
Omaha, NE 68134

**Stephen Center**
2723 Q Street
Omaha, NE 68107

**Record-keepers from the following government agencies:**

**Douglas County Sheriff's Office**
3601 North 156th Street
Omaha, NE 68116

**Douglas County**
1819 Farnam Street
Omaha, NE 68183

**Nebraska State Patrol**
1600 Highway 2
Lincoln, NE 68502

**Omaha Police Department**
505 South 15th Street
Omaha, Nebraska 68102

Plaintiff reserves the right to call any witness listed on any other party's trial witness list.

Dated: July 9, 2018

                                          RESPECTFULLY SUBMITTED,

                                  By:    /s/ Mark Loevy-Reyes
                                                  Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Mark Loevy-Reyes
Cindy Tsai
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

    I, Mark Loevy-Reyes, an attorney, hereby certify that on July 9, 2018 I served the foregoing Plaintiff's Rule 26(a)(3) Witness Disclosures on all counsel of record and on Defendant Cory Cooper by electronic mail.

                                                   /s/ Mark Loevy-Reyes