## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGAN MCGUIRE, | ) |
| | ) Case No. 8:16-cv-00004 |
| Plaintiff, | ) |
| | ) |
| v. | ) Senior Judge Joseph Bataillon |
| | ) |
| CORY COOPER, TIMOTHY DUNNING, | ) Magistrate Judge Susan M. Bazis |
| Individually and in his official capacity as | ) |
| Sheriff of Douglas County, Nebraska, and | ) |
| DOUGLAS COUNTY, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**Trial Dates: August 27-31, 2018**

### Plaintiff's Exhibit List

| Ex. No. | Description | Off | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 1. | DCSO IA File No. 2705 – Cooper COUNTY 375-786 | | | | | |
| 2. | Time-Lapse Screen Shot of Cooper GPS February 10, 2013 | | | | | |
| 3. | IA Investigation of Cooper Report (IA 2705) COUNTY 4010-4024 | | | | | |
| 4. | OPD Investigator's Report, Synopsis, Supplemental Report, and Attachments (Dated June 10, 2013) COUNTY 3945-3978 | | | | | |
| 5. | Various emails to/from Cooper to Galvan about camera not working and copying video *etc.* COOPER 495-503 | | | | | |
| 6. | Various emails to/from Cooper to Captain Wheeler – discretion on misdemeanors (2012) COOPER 504-505 | | | | | |
| 7. | Emails related to the Cooper investigation COUNTY 4385-4825, 5837-6048 | | | | | |
| 8. | Galvan Declaration COUNTY 1922-23 | | | | | |
| 9. | Rules of the Douglas County Sheriff's Office Merit Commission 2012 COUNTY 1-34 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | *State v. Cooper* June 1, 2013 Criminal Complaint COUNTY 285-286 | | | | | |
| 11. | *State v. Cooper* Apr 15, 2015 Amended Information COUNTY 289-290 | | | | | |
| 12. | *State v. Cooper* April 15, 2015 Plea COUNTY 291 | | | | | |
| 13. | *State v. Cooper* June 12, 2015 Sentencing Order COUNTY 292-293 | | | | | |
| 14. | DCSO General Order Code of Conduct 2012 COUNTY 328-340 | | | | | |
| 15. | DCSO General Order Law Enforcement Role and Authority 2008 COUNTY 341-343 | | | | | |
| 16. | DCSO General Order Administrative Investigation of Complaints 2008 COUNTY 344-349 | | | | | |
| 17. | DCSO General Order Search and Seizure 2012 Amended COUNTY 350-358 | | | | | |
| 18. | DCSO General Order In Car Video System 2008 COUNTY 359-361 COUNTY 4826-4831 | | | | | |
| 19. | DCSO General Order Communications, Radio Interoperability, Alternative/Cellular Communications 2012 COUNTY 362-367 | | | | | |
| 20. | DCSO General Order Early Intervention System COUNTY 4832-4850 | | | | | |
| 21. | Notice of Pre-Disciplinary Hearing Dated May 9, 2013 From Chief Deputy Bilek to Cooper COUNTY 368-370 | | | | | |
| 22. | Notice of Termination – Cooper Dated May 13, 2013 COUNTY 371 | | | | | |
| 23. | DCSO Official Oath – Cooper Dated Aug 12, 2008 COUNTY 372-374 | | | | | |
| 24. | DCHR Records – Cooper HR training COUNTY 1717 | | | | | |
| 25. | DCSO Cooper Personnel File | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | COUNTY 1736-1920 | | | | | | |
| 26. | DCSO June 10, 2012 Press Release re: Cooper Arrest COUNTY 1921 | | | | | | |
| 27. | Prosecution File for State v. Cooper COUNTY 1925-2335 | | | | | | |
| 28. | Matrix of DCSO Internal Affairs ("IA") investigations from 2005-Fall 2016 (with Affidavit from Martin) COUNTY 3097-3153 | | | | | | |
| 29. | IA 1086 COUNTY 6524-6703 | | | | | | |
| 30. | NSP File A02-1116-23847 COUNTY 6704-6755 | | | | | | |
| 31. | IA File No. 1594, including audio video COUNTY 3154-3197, VIDEO: KANM0761_20151120032334 | | | | | | |
| 32. | IA File No. 1704 COUNTY 3198-3495 | | | | | | |
| 33. | IA File No. 1771 COUNTY 3496-3527 | | | | | | |
| 34. | IA File No. 1941 COUNTY 3528-3542 | | | | | | |
| 35. | IA File No. 1965 COUNTY 3543-3546 | | | | | | |
| 36. | IA File No. 1984, including recorded statements of complainant and witnesses COUNTY 3547-3585 | | | | | | |
| 37. | IA File No. 2325 COUNTY 3586-3599 | | | | | | |
| 38. | IA File No. 2462 COUNTY 3600-3729 | | | | | | |
| 39. | IA File No. 2840 COUNTY 3730-3732 | | | | | | |
| 40. | IA File No. 2980 COUNTY 3733-3739 | | | | | | |
| 41. | IA File No. 3030 COUNTY 3740-3744 | | | | | | |
| 42. | IA File No. 3051 COUNTY 3745-3787 | | | | | | |
| 43. | Pictures of Zorinsky Lake (Aug 22, 2013) COUNTY 4379 (A-S) | | | | | | |
| 44. | DAR Various Dates- Cooper COUNTY 5017-5298 | | | | | | |
| 45. | OPS Quarterly and Annual Reports (2008- 2nd Quarter 2016) | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COUNTY 5459-5636 | | | | | |
| 46. | Ethics and Rules of Conduct -Staff Development Division PowerPoint COUNTY 6362-6465 | | | | | |
| 47. | CALEA Model Policy Complaint Review PLAINTIFF 10-17 | | | | | |
| 48. | News Article: ACLU report criticizes Nebraska law enforcement's citizen complaint procedures PLAINTIFF 18-20 | | | | | |
| 49. | Addressing Sexual Offenses and Misconduct by Law Enforcement PLAINTIFF 3227-3246 | | | | | |
| 50. | IACP National Law Enforcement Policy Center. Harassment and Discrimination PLAINTIFF 3247-3282 | | | | | |
| 51. | IACP Addressing Sexual Offenses and Misconduct by Law Enforcement: Executive Guide PLAINTIFF 3227-3246 | | | | | |
| 52. | 2013 Cops out of Control PLAINTIFF 3283-3285 | | | | | |
| 53. | INTERPOL's International Police Training Journal PLAINTIFF 3286-3296 | | | | | |
| 54. | Peace Officer Psychological Screening Manual PLAINTIFF 3297-3528 | | | | | |
| 55. | *2010 Q3 National Police Misconduct Statistical Report*, Cato Institute, November 7, 2010 Dckt. 150-4 | | | | | |
| 56. | *Hundreds of Officers Lose Licenses over Sex Misconduct*, Associated Press, Nov. 1, 2015 Dckt. 150-1 | | | | | |
| 57. | *The Police Brutality Nobody Talks About— Officer-Involved Sexual Misconduct*, Cato Institute, Nov. 5, 2009 Dckt. 150-5 | | | | | |
| 58. | *Officers who rape: The Police Brutality Chiefs Ignore* PLAINTIFF 3529-3541 | | | | | |
| 59. | Declaration of Sheriff Tim Dunning * Dckt. 125-3 | | | | | |
| 60. | Declaration of Martin Bilek * Dckt. 125-4 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61. | Declaration of Thomas Wheeler *<br>Dckt. 125-5 | | | | | |
| 62. | Declaration of Nathan Kovarik *<br>Dckt. 125-6 | | | | | |
| 63. | Declaration of William Woodward *<br>Dckt. 125-7 | | | | | |
| 64. | Declaration of Michael Dechellis *<br>Dckt. 125-8 | | | | | |
| 65. | Declaration of Theresa Ogorzaly *<br>Dckt. 125-9 | | | | | |
| 66. | Declaration of Jennifer Birkhofer *<br>Dckt. 125-10 | | | | | |
| 67. | Declaration of Dale Rathe *<br>Dckt. 125-11 | | | | | |
| 68. | Declaration of Shawn Milikan *<br>Dckt. 125-12 | | | | | |
| 69. | Declaration of Andrew Woodward *<br>Dckt. 125-13 | | | | | |
| 70. | Declaration of Eric Olson *<br>Dckt. 125-14 | | | | | |
| 71. | Declaration of Matthew Martin and<br>Exhibits *<br>Dckt. 125-15-46 | | | | | |
| 72. | Declaration of James Maguire *<br>Dckt. 125-49 | | | | | |
| 73. | Declaration of Rob Sofie *<br>Dckt. 125-50 | | | | | |
| 74. | Declaration of Donald Kleine *<br>Dckt. 125-51 | | | | | |
| 75. | Declaration of Daniel Esch *<br>Dckt. 125-52 | | | | | |
| 76. | Declaration of Andrew Kubik *<br>Dckt. 125-53 | | | | | |
| 77. | Declaration of Robert Jones *<br>Dckt. 125-55 | | | | | |
| 78. | Declaration of Gregory Sampson *<br>Dckt. 125-56 | | | | | |
| 79. | Tom Tremblay Report and Supplemental<br>Report under Federal Rule of Civil<br>Procedure 26(a)(2), including CV and list of<br>testimony. | | | | | |
| 80. | Providence Police Department Testing<br>Investigation *<br>Dckt. 153-1 | | | | | |
| 81. | *Kessler v. City of Providence*, No. C.A. 05-<br>1301, 2005 WL 2717639 (R.I. Sup. Ct. Oct. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 20, 2005) *<br>Dckt. 153-2 | | | | | |
| 82. | Defendant Cooper's Responses to Plaintiff's Discovery | | | | | |
| 83. | Defendant Dunning's Responses to Plaintiff's Discovery | | | | | |
| 84. | Defendant Douglas County's Responses to Plaintiff's Discovery | | | | | |
| 85. | Kristine Love deposition transcript (*State v. Cooper*) *<br>COOPER 98-133<br>COUNTY 1005-1040<br>Dckt. 129-20 | | | | | |
| 86. | Lance Worley deposition transcript (*State v. Cooper*) *<br>COOPER 383-409<br>COUNTY 1041-1084<br>Dckt. 129-21 | | | | | |
| 87. | Michael Dechellis deposition transcript and exhibits (*State v. Cooper*) *<br>COOPER 522-549<br>COUNTY 899-953 | | | | | |
| 88. | Kyle Worland deposition transcript (*State v. Cooper*) *<br>COUNTY 208-284<br>COUNTY 1280-1356<br>Dckt. 130-6 | | | | | |
| 89. | David Galvan deposition transcript and exhibits (*State v. Cooper*) *<br>COUNTY 794-870 | | | | | |
| 90. | Jennifer Birkhofer deposition transcript (*State v. Cooper*) *<br>COUNTY 954-988<br>Dckt. 130-29 | | | | | |
| 91. | Robert Butler deposition transcript (*State v. Cooper*) *<br>COUNTY 989-1004 | | | | | |
| 92. | Autumn Hudnall deposition transcript (*State v. Cooper*) *<br>COUNTY 1085-1129<br>Dckt. 130-27 | | | | | |
| 93. | Emily Palmer deposition transcript (*State v. Cooper*) *<br>COUNTY 1130-1179<br>Dckt. 130-31 | | | | | |
| 94. | Robert Jones deposition transcript (*State v.* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Cooper*) *<br>COUNTY 1180-1216<br>Dckt. 130-32 | | | | | |
| 95. | Matt Martin deposition transcript (*State v. Cooper*) *<br>COUNTY 1217-1279<br>Dckt. 130-10 | | | | | |
| 96. | Cory Cooper 9/29/16 & 11/5/16 deposition transcript and exhibits *<br>Dckt. 125-2<br>Dckt. 130 | | | | | |
| 97. | Lance Worley 11/4/16 deposition transcript and exhibits *<br>125-47<br>Dckt. 129-30 | | | | | |
| 98. | Kristine Love 9/30/16 deposition transcript and exhibits *<br>Dckt. 125-48 | | | | | |
| 99. | Jack Ryan 2/1/18 deposition transcript and exhibits *<br>Dckt. 125-57-59<br>Dckt. 129-24 | | | | | |
| 100. | Jack Ryan  8/30 deposition transcript and exhibits (*Horn v. City of Covington*) *<br>Dckt. 153-3 | | | | | |
| 101. | Tom Tremblay 2/15/18 deposition transcript and exhibits *<br>Dckt. 125-60 | | | | | |
| 102. | Molly Keane 9/30/16 deposition transcript and exhibits *<br>Dckt. 125-61<br>Dckt. 130-7 | | | | | |
| 103. | David Galvan 2/15/17 deposition transcript and exhibits *<br>Dckt. 129-2 | | | | | |
| 104. | David Galvan 2/5/17 deposition transcript and exhibits *<br>Dckt. 129-3 | | | | | |
| 105. | Timothy Dunning 2/14/17 deposition transcript and exhibits *<br>Dckt. 129-5 | | | | | |
| 106. | Timothy Dunning 2/15/17 deposition transcript and exhibits *<br>Dckt. 129-35 | | | | | |
| 107. | Gregory Sampson 2/15/17 deposition transcript and exhibits * | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Dckt. 129-26 | | | | | |
| 108. | Matthew Martin 9/28/16 deposition transcript and exhibits * Dckt. 125-16 | | | | | |
| 109. | Matthew Martin 2/15/17 deposition transcript and exhibits * Dckt. 129-31 | | | | | |
| 110. | Robert Jones 11/3/16 deposition transcript and exhibits * Dckt. 130-1 | | | | | |

* Denotes exhibits that Plaintiff may offer only if the need arises


                                        RESPECTFULLY SUBMITTED,


                                        /s/ Cindy Tsai


*Attorneys for Plaintiff Megan McGuire*

Arthur Loevy
Jon Loevy
Cindy Tsai
Mark Loevy-Reyes
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

I, <u>Cindy Tsai</u>, an attorney, hereby certify that on July 16, 2018, I electronically filed the foregoing Plaintiff's Exhibit List using the CM/ECF system, which will send notification of such filing to all parties except for Cory Cooper, and I hereby certify that I have e-mailed the document to the following non-CM/ECF participant:

Cory Cooper
*c.cooper.417@gmail.com*

<u>/s/ Cindy Tsai</u>
*One of Plaintiff's Attorneys*