# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGAN MCGUIRE, | ) |
| | ) Case No. 8:16-cv-00004 |
| Plaintiff, | ) |
| | ) |
| v. | ) Senior Judge Joseph Bataillon |
| | ) |
| CORY COOPER, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Parties' Joint Stipulation to Dismiss Pursuant to Rule 41(a)(1(A)(ii). (Doc. 201). The Parties have advised this court that the Parties have reached a settlement agreement. The Parties request that the case be dismissed with prejudice and that the Court retain jurisdiction to enforce the terms of their settlement agreement. For the reasons stated in the Parties' Stipulation, the Court finds that the proposed dismissal is proper.

IT IS HEREBY ORDERED:

1. With the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement.
2. This matter is dismissed with prejudice.

Dated: December 23, 2020

s/ Joseph F. Bataillon
Senior United States District Judge